**JASON G. REVZIN**
Nevada Bar No. 8629
**LEWIS BRISBOIS BISGAARD & SMITH LLP**
6385 S. Rainbow Blvd., Suite 600
Las Vegas, Nevada 89118
Telephone: (702) 893-3383
Facsimile: (702) 893-3789
Email: jason.revzin@lewisbrisbois.com
**COUNSEL FOR DEFENDANT TRANS UNION LLC**

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| ROBERT WALSH,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>TRANS UNION LLC,<br><br>　　　　　Defendant. | Case No. 2:18-cv-00925-JCM-PAL<br><br>**JOINT STIPULATION AND ORDER EXTENDING DEFENDANT TRANS UNION LLC'S TIME TO RESPOND TO PLAINTIFF'S COMPLAINT**<br><br>**(FIRST REQUEST)** |

COME NOW Plaintiff Robert Walsh ("Plaintiff") and Defendant Trans Union LLC ("Trans Union"), by and through their respective counsel, and file their Joint Stipulation Extending Defendant Trans Union's Time to Respond to Plaintiff's Complaint.

On May 21, 2018, Plaintiff filed his Complaint. Trans Union was served with Plaintiff's Complaint on May 23, 2018. The current deadline for Trans Union to answer or otherwise respond to Plaintiff's Complaint is June 13, 2018. Plaintiff has agreed to extend the deadline in which Trans Union has to file its responsive pleadings to Plaintiff's Complaint until July 6, 2018.

Dated this 7th day of June, 2018.

**LEWIS BRISBOIS BISGAARD & SMITH LLP**

*/s/ Jason G. Revzin*
Jason G. Revzin
Nevada Bar No. 8629
6385 South Rainbow Blvd., Suite 600
Las Vegas, NV 89118
Telephone: (702) 893-3383
Facsimile: (702) 893-3789
Email: Jason.revzin@lewisbrisbois.com
*Counsel for Trans Union LLC*

Dated this 7th day of June, 2018.

**LAW OFFICE OF MITCHELL D. GLINER**

*/s/ Mitchell D. Gliner*
Mitchell D. Gliner
Nevada Bar No. 003419
3017 W. Charleston Blvd., Suite 95
Las Vegas, NV 89102
Telephone: (702) 870-8700
Facsimile: (702) 870-0034
Email: mgliner@glinerlaw.com
*Counsel for Plaintiff*

## **ORDER**

IT IS SO ORDERED the deadline in which Trans Union has to file its responsive pleadings to Plaintiff's Complaint is extended until July 6, 2018 in the above-entitled case number @:18-cv-00925-JCM-PAL, Walsh v. Trans Union, LL. .

Dated this 11th day of June, 2018.

_____
UNITED STATES MAGISTRATE JUDGE