Mitchell D. Gliner, Esq.
Nevada Bar #003419
3017 West Charleston Blvd., #95
Las Vegas, NV 89102
(702) 870-8700
(702) 870-0034 Fax
mgliner@glinerlaw.com
Attorney for Plaintiff

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

ROBERT WALSH )
)
    Plaintiff, )
) No. 2:18-cv-00925-JCM-PAL
vs. )
)
TRANS UNION LLC )
)
    Defendant. )
_____)

STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE

Pursuant to F.R.C.P. 41(a)(1)(ii) and local rule 7-1(b) it is hereby stipulated by the parties hereto that the above-entitled matter be dismissed with prejudice, each party to bear their own costs and attorney's fees.

| MITCHELL D. GLINER, ESQ. | LEWIS BRISBOIS BISGAARD & SMITH LLP |
|---|---|
| /s/ Mitchell Gliner | /s/ Jason Revzin |
| MITCHELL D. GLINER, ESQ. | JASON G. REVZIN, ESQ. |
| Nevada Bar No. 003419 | Nevada Bar No. 008629 |
| 3017 W. Charleston Blvd. # 95 | 6385 S. Rainbow Blvd., Suite 600 |
| Las Vegas, Nevada 89102 | Las Vegas, NV 89118 |
| Attorney for Plaintiff | Counsel for Defendant Trans Union LLC |

IT IS SO ORDERED August 8, 2018.

_____
UNITED STATES DISTRICT JUDGE